COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Jermaine Williams (J)# | CASE NO: | 00-4244-BSS |
| AUSA: | Tom Lanigan *present* | ATTNY: | Bernarda Lopez |
| AGENT: | | VIOL: | 18:371.1951 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | FPD |

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

X - advised of charges
X - sworn

OCT 2 ...

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 10-30-00 | 10:00am | BSS |
| PRELIM/ARRAIGN. ON REMOVAL: | 11-2-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 10-23-00   TIME: 11:00am   TAPE # 00-079   2050   PG # 5