-cr-06312-WPD    Document 9    Entered on FLSD Docket 10/30/2000    P

## COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

**DEFT:** Jermaine Williams (J)#  **CASE NO:** 00-4244-BSS
**AUSA:** Tom Lanigan — present  **ATTNY:** FPD Derryl Wilcox
**AGENT:**  **VIOL:**
**PROCEEDING:** PTD HEARING  **BOND REC:**
**BOND HEARING HELD** — (yes)/no  **COUNSEL APPOINTED:**
___ BOND SET @
**CO-SIGNATURES:**
**SPECIAL CONDITIONS:**

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Govt exhibits #1 - inquiry photo
+2 field contact card
√ 3#

Agent sworn - Erik Miller

PTD ordered

**NEXT COURT APPEARANCE:**  **DATE:**  **TIME:**  **JUDGE:**
**INQUIRY RE COUNSEL:**
**PTD/BOND HEARING:**
**PRELIM/ARRAIGN. OR REMOVAL:** xxxxxx  11-2-00  11:00am  BSS
**STATUS CONFERENCE:**
**DATE:** 10-30-00  **TIME:** 10:00am  **TAPE #** 00- 086/087  PG # 2

2450-3696
00-087 1986