TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6312 CR-ROETTGER

18 U.S.C. § 1951(a)  MAGISTRATE JUDGE
18 U.S.C. § 924(c)(1)  SNOW
18 U.S.C. § 2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

    Defendants.
_____/



### INDICTMENT

The Grand Jury charges that:

### COUNT I

1. At all times material to this indictment Brinks Armored Car Service, Inc. (hereinafter referred to as "Brinks" in this indictment) was an armored car courier corporation doing business in interstate and foreign commerce. Brinks engages in the daily business of obtaining, storing and transporting large amounts of United States currency and negotiable instruments in cities throughout the United States as well as in many other countries throughout the world.

2. From a date unknown to the Grand Jury but at least by on or about October 6, 2000, through on or about October 20, 2000, in Broward County, in the Southern District of Florida,



the defendants,

### JERMAINE C. WILLIAMS and
### LOWEN ESPINUEVA,

did knowingly combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury to unlawfully obstruct, delay and affect and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants JERMAINE C. WILLIAMS and LOWEN ESPINUEVA did unlawfully attempt to take and attempt to obtain personal property consisting of bank deposits belonging to Citibank, Inc., that were in the care of Eisham Ruiz and Frank Granja, Brinks employees, against their will by means of actual and threatened force and violence, in that the defendants ambushed and shot Eisham Ruiz and Frank Granja. All in violation of Title 18, United States Code, Sections 1951(a) and 2.

### COUNT II

3. The first paragraph of Count 1 of this indictment is hereby incorporated as if fully set forth herein.

4. On or about October 20, 2000, in Broward County, in the Southern District of Florida, the defendants,

### JERMAINE C. WILLIAMS and
### LOWEN ESPINUEVA,

did knowingly obstruct, delay and affect and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of

2

articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants JERMAINE C. WILLIAMS and LOWEN ESPINUEVA did unlawfully attempt to take and attempt to obtain personal property consisting of bank deposits belonging to Citibank Inc. that were in the care of Eisham Ruiz and Frank Granja, Brinks employees, against their will by means of actual and threatened force and violence in that the defendants ambushed and shot Eisham Ruiz and Frank Granja. All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT III

5. On or about October 20, 2000, in Broward County, in the Southern District of Florida, the defendants,

**JERMAINE C. WILLIAMS and**
**LOWEN ESPINUEVA,**

knowingly used and carried firearms, to wit, a Makarov 9MM semi-automatic pistol serial number F8539 and a Mossberg 12 guage shotgun, model number 500, serial number L825206, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, conspiracy and attempted robbery, which resulted in serious bodily injury

as set forth in Counts I and II of this Indictment, in violation of Title 18, United States Code, Section 1951(a).

All in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**　　　CASE NO. _____

v.　　　　　　　　　　　　　　**CERTIFICATE OF TRIAL ATTORNEY***
Jermaine C. Williams, and
Lowen Espinueva　　　　　　　　**Superseding Case Information**:

**Court Division**: (Select One)　　New Defendant(s)　　　Yes ___　No ___
　　　　　　　　　　　　　　　　Number of New Defendants　___
___ Miami　___ Key West　　　　Total number of counts　　　___
 X  FTL　___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　　　(Yes or No) NO
   List language and/or dialect _____

4. This case will take  5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)　　　　　　　　　　　(Check only one)

   I　　0 to 5 days　　　 X        Petty　　　 ___
   II　 6 to 10 days　　　___        Minor　　　___
   III　11 to 20 days　　 ___        Misdem.　　___
   IV　 21 to 60 days　　 ___        Felony　　  X
   V　  61 days and over　___

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____　Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) ____ YES ____
   If yes:
   Magistrate Case No.  00-4244 _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of ____ October 20, 2000 _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____　District of _____

   Is this a potential death penalty case? (Yes or No) ____ NO ____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes  X  No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

　　　　　　　　　　　　　　　　　*/s/ Thomas P. Lanigan*
　　　　　　　　　　　　　　　　THOMAS P. LANIGAN
　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　Court No. A550033

*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　　　　REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: __JERMAINE C. WILLIAMS__   Case No.: _____

Count #: 1
        18 U.S.C. § 1951(a) Hobbs Act Conspiracy


*Max. Penalty: **Twenty (20) years' imprisonment and $250,000 fine.**
==================================================================
Count #: 2    18 U.S.C. § 1951 Attempted Hobbs Act Robbery


*Max. Penalty: **Twenty (20) years' imprisonment and $250,000 fine**
==================================================================
Count #: 3   18 U.S.C. § 924(c)(1)(a) **Use of firearm during commission of crime of violence**


*Max. **Penalty: Ten (10) years' imprisonment (consecutive) and $250,000 fine**
==================================================================
Count #:


*Max. **Penalty:**
_____

_____

*Max. Penalty:
==================================================================
Count #:


*Max. Penalty:
_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: __LOWEN ESPINUEVA__   Case No.: _____

Count #: 1
        18 U.S.C. § 1951(a) Hobbs Act Conspiracy

*Max. Penalty: **Twenty (20) years' imprisonment and $250,000 fine.**
==================================================================
Count #: 2    18 U.S.C. § 1951 Attempted Hobbs Act Robbery

*Max. Penalty: **Twenty (20) years' imprisonment and $250,000 fine**
==================================================================
Count #: 3    18 U.S.C. § 924(c)(1)(a), 2 **Use of firearm during commission of crime of violence**

*Max. **Penalty: Ten (10) years' imprisonment (consecutive) and $250,000 fine**
==================================================================
Count #:

*Max.

_____

*Max. Penalty:
==================================================================
Count #:

*Max. Penalty:

═══════════════════════════════════════════════════════════════════
        *Refers only to possible term of incarceration, does not
        include possible fines, restitution, special assessments,
        parole terms, or forfeitures that may be applicable.
═══════════════════════════════════════════════════════════════════