UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6312-CR-Roettger

UNITED STATES OF AMERICA

vs

Jermaine Williams

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 11-2-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:       Address: In Custody

                 Telephone:

DEFENSE COUNSEL: Name: FPD

                 Address:

                 Telephone:

BOND SET/CONTINUED: $ PTD Ordered previously

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 2 day of November, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. 00-089

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

