HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __CRAIG NEAL__                     CASE NO: ~~00-6204-CR-FERGUSON~~
AUSA __BRUCE BROWN__ / Powell   ATTY FPD _Amazon_ cg
No pending motion         for Berube
Disc out                                  00-@ 2011
possibly a plea

DEFT __MACKIE SHIVERS__                 CASE NO: ~~99-6116-CR-DIMITROULEAS~~
AUSA __SCOTT BEHNKE__ / Powell   ATTY __MICHAEL ZELMAN__
Disc out - no pending motion
                                          @ 2044

DEFT __JERMAINE WILLIAMS, etal__        CASE (NO: __00-6312-CR-ROETTGER__)
AUSA __TOM LANIGAN__              ATTY FPD _Wilcox_
BARRY WAX, ESQ. for Lowen Espineuva m/clue 12/13
  Walcox stood in.                      @ 2/14
Disc out - 1 motion pending - m/t continue to be filed

DEFT __OSWALDO RENFRUM, etal__          CASE NO: ~~00-6318-CR-DIMITROULEAS~~
AUSA __JEFFREY KAY__ pres         ATTY FPD _Amazon_
  HOWARD GREITZER, ESQ. for Eugen Mierak
this WILLIAM NORRIS, ESQ. for Orlando Jansen   @ 2207
DEFT _motions due 12/1_             CASE NO:_____
AUSA_____             ATTY_____

DEFT_____             CASE NO:_____
AUSA_____             ATTY_____

DATE __11-17-00__                    TIME __11:00__