UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6312-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,          :

    Plaintiff,                :

v.                                 :

JERMAINE WILLIAMS, et al.,         :

    Defendants.               :
_____



FILED by _____ D.

NOV 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. OF FLA. FT. LAUD.

**STATUS REPORT**

    A status conference was held in this cause on November 17, 2000. At that conference, the parties informed the Court as follows:

    1. The initial discovery package has been sent. However, the Government intends to provide supplemental discovery material in the near future.

    2. There is a pending Government motion for hair and blood samples.

    3. The Government will be seeking a continuance so that the forensic evidence may be obtained and analyzed.

    4. Counsel for the defendants shall have until December 18, 2000, within which to file pretrial motions.

    DATED at Fort Lauderdale, Florida, this 17th day of November, 2000.

                              /s/ Lurana S. Snow
                              LURANA S. SNOW
                              CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Tom Lanigan (FTL)
AFPD Daryl Wilcox (FTL)
Barry Wax, Esq.

