UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6312-CR-ROETTGER



UNITED STATES OF AMERICA

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

    DEFENDANTS.
_____/

GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing Discovery Order issued in this case file this First Supplemental Response which is alphabetized and numbered to correspond to that original order and states as follows:

    A.5. See attached photographs of 103 photographs which the government intends to introduce in its case-in-chief. Please contact the undersigned if you wish to inspect the actual photograph or order and purchase a set of the photographs.

                          Respectfully submitted,

                          GUY A. LEWIS
                          UNITED STATES ATTORNEY

                By: _____
                          Thomas P. Lanigan
                          ASSISTANT UNITED STATES ATTORNEY


### CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 20th day of November ,2000 to: Darryl Wilcox, Assistant Federal Public Defender 111 NE 3rd Ave Fort Lauderdale, FL and Barry Wax, Esq. 201 S. Biscayne Blvd. Miami, FL 33131

                          _____
                          Thomas P. Lanigan
                          ASSISTANT UNITED STATES ATTORNEY

cc: S/A Jim Lewis, FBI