```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO.00-6312-CR-ROETTGER
```

UNITED STATES OF AMERICA

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

     DEFENDANTS.
_____/

GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing Discovery Order issued in this case file this second Supplemental Response which is alphabetized and numbered to correspond to that original order and states as follows:

    A.5. See enclosed audio tape of October 20, 2000 calls to the Police 911 operator. See attached reports and releases from West Side Medical Center. See attached Sprint PCS records for the following telephone numbers:(954) 889-7619; (954) 729-5535 and (954) 729-4614.

                                Respectfully submitted,

                                GUY A. LEWIS
                                UNITED STATES ATTORNEY

                       By: _____
                          Thomas P. Lanigan
                          ASSISTANT UNITED STATES ATTORNEY


                        CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 21th day of November ,2000 to: Darryl Wilcox, Assistant Federal Public Defender, 111 NE 3rd Ave Fort Lauderdale, FL and Barry Wax, Esq., 201 S/ Biscayne Blvd. Miami, FL 33131

                          _____
                          Thomas P. Lanigan
                          ASSISTANT UNITED STATES ATTORNEY

cc: S/A Eric Miller, FBI

