UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

JERMAINE C. WILLIAMS, et al.,    :

    Defendants.    :
_____

## O R D E R

THIS CAUSE is before the Court on the Government's Motion for Court Order Directing **Jermaine C. Williams** to Provide Hair Samples and Blood Samples to Investigators (DE 21), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion to compel defendant Williams to provide blood and hair samples is GRANTED. Said samples shall be furnished at a time mutually agreeable to the parties, but not later than December 8, 2000.

DONE AND ORDERED at Fort Lauderdale, Florida, this 30TH day of November, 2000.

                                                    _Lurana S. Snow_
                                                    LURANA S. SNOW
                                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Tom Lanigan (FTL)
AFPD Darryl Wilcox (FTL)
Barry Wax, Esq.