UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA, )
                               )    CASE NUMBER
            PLAINTIFF,         )    00-6312-CR-NCR
                               )
      VS.                      )
                               )
JERMAINE WILLIAMS, AND         )    THIS VOLUME:
LOWEN ESPINEUVA,               )    PAGES 1 - 70
                               )
            DEFENDANTS.        )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD

BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE,

BROWARD COUNTY, FLORIDA, ON OCTOBER 30, 2000, IN THE

ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:      THOMAS LANIGAN, A.U.S.A.

FOR DEFENDANT WILLIAMS:  DARYL E. WILCOX, ESQ.

FOR DEFENDANT ESPINEUVA: BARRY WAX, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**