UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA,   )
                            )
v.                          )
                            )
JERMAINE C. WILLIAMS and    )
LOWEN ESPINUEVA,            )
                            )
         Defendants.        )
_____)

FILED by _____ D.C.

DEC 22 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## GOVERNMENT'S FOURTH SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case file this fourth Supplemental Response which is alphabetized and numbered to correspond to that original order and states as follows:

A 6. See Report of Examination of various items recovered from vehicles involved in this case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Government's Response to Standing Discovery Order was mailed this 22ⁿᵈ day of December, 2000 to: Darryl Wilcox, Assistant Federal Public Defender, 111 NE 3rd Ave., Ft. Lauderdale, FL and Barry Wax, Esq. 201 S. Biscayne Blvd., Miami, FL 33131.

*[signature]*
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

cc: S/A Eric Miller, FBI