UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

JERMAINE C. WILLIAMS, et al.,    :

    Defendants.    :
_____



**O R D E R**

THIS CAUSE is before the Court on defendant **Jermaine C. Williams'** Motion For Extension of Time to File Motions (DE 32), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED in part. Counsel for defendant **Jermaine C. Williams** shall have until January 17, 2001, within which to file pretrial motions.

DONE AND ORDERED at Fort Lauderdale, Florida, this 4th day of January 3, 2001.

                      /s/ Lurana S. Snow
                      LURANA S. SNOW
                      UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Tom Lanigan (FTL)
AFPD Darryl Wilcox (FTL)
Barry Wax, Esq.