```
FILED by _____ D.C.

   JAN 1 9 2001

   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. FT. LAUD.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v

JEROME C. WILLIAMS, ET AL

<u>NOTICE</u>

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>TUESDAY FEBRUARY 20, 2001 at 10:00 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

     CALENDAR CALL. TRIAL PERIOD BEGINNING TUESDAY FEBRUARY 20, 2001. COUNSEL TO NOTIFY THE COURT IF A DEFENDANT IS TO ENTER A PLEA.

---

CLARENCE MADDOX, CLERK

DATED: 1/19/01

BY: _P. Hart_

Deputy Clerk

