UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

       DEFENDANTS.
_____/

GOVERNMENT'S FIFTH SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing Discovery Order issued in this case file this second Supplemental Response which is alphabetized and numbered to correspond to that original order and states as follows:

        A.1. See enclosed transcripts of October 20, 2000 interviews of Jermaine Williams and Lowen Espinueva.

        A.6. See enclosed reports of hair examination and curriculum vitae of Karen Lanning, FBI laboratory examiner Trace Evidence Unit.

    See curriculum vitae of Douglas Murphy, FBI laboratory firearms and tool marks unit.

                             Respectfully submitted,

                               GUY A. LEWIS
                               UNITED STATES ATTORNEY

                        By: _____
                            Thomas P. Lanigan
                            ASSISTANT UNITED STATES ATTORNEY

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 23th day of January ,2001 to: Darryl Wilcox, Assistant Federal Public Defender 111 NE 3rd Ave Fort Lauderdale, FL and Barry Wax, Esq. 201 S. Biscayne Blvd. Miami, FL 33131

                            _____
                            Thomas P. Lanigan
                            ASSISTANT UNITED STATES ATTORNEY

cc: S/A Eric Miller, FBI



![FBI Laboratory seal]

# FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

## Report of Examination

| | | | |
|---|---|---|---|
| Examiner Name: | Karen A. Lanning | Date: | December 8, 2000 |
| Unit: | Trace Evidence | Phone No.: | (202) 324-4353 |
| Case ID No.: | 192C-MM-96243 | Lab No.: | 001107009 IK RT |

Results of Examinations:

Negroid head hairs suitable for meaningful microscopic comparison purposes were found on or in specimens Q1, Q3, Q20 and Q23. These hairs have been preserved on glass microscope slides.

Dark brown and black dog hairs suitable for meaningful microscopic comparison purposes were found on specimens Q2, Q3, Q19 and Q19.1. These hairs have been preserved on glass microscope slides.

No hairs or no other hairs suitable for meaningful microscopic comparison purposes were found on or in the submitted items.

No apparent textile fiber interchanges were detected between specimens Q1 through Q18 and Q23 and specimens Q19 and Q20.

This Report is Furnished for Official Use Only




7-1a (Rev. 5-18-99)

## FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

### Report of Examination

| | | | |
|---|---|---|---|
| Examiner Name | Karen A. Lanning | Date | January 5, 2001 |
| Unit | Trace Evidence | Phone No. | (202) 324-4353 |
| Case ID No. | 192C-MM-96243 | Lab No. | 001107009 IK RT KL<br>001212006 IK RT KL |

Results of Examinations:

The Negroid head hairs previously removed from specimen Q23 exhibit the same microscopic characteristics as hairs in the K4 head hair sample identified as coming from JERMAINE WILLIAMS. Accordingly, these hairs are consistent with originating from JERMAINE WILLIAMS.

One hair from specimen Q23 has been removed for mitochondrial DNA examinations. This hair has been identified as Q23.1.

The comparison of the microscopic characteristics in hairs does not constitute a basis for absolute personal identification. The probative value of hair comparisons may be affected by the results of mitochondrial DNA analysis.

The Negroid head hairs previously removed from specimens Q1, Q3 and Q20 are microscopically dissimilar to the K4 head hair sample identified as coming from JERMAINE WILLIAMS.

This Report is Furnished for Official Use Only

## Statement of Qualifications

**Name of Lab:** FBI Laboratory Division, Washington, D.C.     **Date:** 12/12/00

**Name:** Karen A. Lanning                                      **Job Title:** Physical Scientist

**Discipline(s):** Trace evidence

### Education

| Institution | Dates attended | Major | Degree completed |
|---|---|---|---|
| Fort Hays State University | 8/83-5/87 | Biology | BS |
| Kansas State University | 1/89-8/89 | Chemical Science | |

### Other training:

Introduction to Hairs and Fibers
Inter/Micro-92
Inter/Micro-94
International Symposium - Trace Evidence In Transition
Introduction to Wood Identification
Wood Identification Workshop
Textile Fundamentals
Color Measurement
Crime Scene Reconstruction and Evidence Collection/Documentation

### Courtroom Experience:

Hairs and Fibers August 1989 - Present  One hundred and one

### Professional Affiliations:

Midwestern Association of Forensic Scientists  August 1989 - Present

### Employment History:

| Job title: | Employer: | Tenure: |
|---|---|---|
| Physical Scientist | FBI | April 1995 - Present |

Principle duties:
Conduct examinations and comparisons of hairs, fibers, ropes, cordage and fabrics for criminal cases.

| Job title: | Employer: | Tenure: |
|---|---|---|
| Forensic Scientist | Kansas Bureau of Investigation | August 1989 - April 1995 |

Principle duties:
Conduct examinations and comparisons of hairs, fibers, ropes, cordage and fabrics for criminal cases.

| | | |
|---|---|---|
| **Job title**: | Employer: | Tenure: |
| Research Technician | Baylor College of Medicine | June 1987 - January 1989 |

Principle duties:
Conduct research in the Department of Cell Biology

**Other qualifications**:

Speaker/Instructor
  KLETC New Police and Sheriff Training - KBI Laboratory Services
  Kansas Bureau of Investigation New Agent Training
  Investigation School - Hair and Fiber Analyses
  Forensic Scientist in Training - Hair Analysis
  Introduction to Hairs and Fibers
  Advanced Crime Scene School - Evidence Handling Issues
  Introduction to Hairs and Fibers
  Trace Evidence Seminar - Wichita, KS
  Introduction to Hairs and Fibers
  Trace Evidence School - South African Police Forensic Science Services, Pretoria South Africa
  Homicide School - Richmond, VA
  Trace Evidence School - Introduction to Hairs - South African Police Forensic Science Services, Pretoria, South Africa
  Introduction to Fibers, Cleveland, OH

**FBI**
**LABORATORY**
FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D. C. 20535

To: SAC, Miami

Date: January 11, 2001

Case ID No.: 192C-MM-96243 -55
Lab No.: 001107009 IK RT KL
001212006 IK RT KL

Reference: Communications dated November 3, 2000 and December 7, 2000

Your No.: 192C-MM-96243 (P)

Title: JERMAINE WILLIAMS;
LOWEN ESPINUEVA;
BRINKS@ CITIBANK,
2789 UNIVERSITY DRIVE
CORAL SPRINGS, FL;
10-20-2000;
HOBBS ACT-ARMORED CARRIER;

Date specimens received: November 7, 2000 and December 12, 2000

Specimens received December 12, 2000 under cover of communication dated December 7, 2000 (001212006 IK RT):

K4     Head hair sample from JERMAINE WILLIAMS

K5     Blood sample from JERMAINE WILLIAMS

This report supplements and amends the FBI Laboratory report to your office dated December 8, 2000. For a complete listing of the submitted items, please refer to that report.

The specimen listing is amended as follows:

Q23.1     Hair from specimen Q23

The results of the trace evidence examinations are contained in this report.

Page 1 of 2

This Report is Furnished for Official Use Only

DNA examinations are continuing and you will be subsequently advised of their results and of the disposition of the submitted items.

**FBI**
**LABORATORY**
FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D. C. 20535

To: SAC, Miami
Attn: SA Erik C. Miller
Squad C-1

Date: December 12, 2000

Case ID No.: 192C-MM-96243-44
Lab No.: 001107013 KG

Reference: Communication dated November 1, 2000

Your No.:

Title: JERMAINE WILLIAMS;
LOWEN ESPINUEVA;
BRINKS @ CITIBANK,
2789 UNIVERSITY DRIVE,
CORAL SPRINGS, FLORIDA;
10/20/2000;
HOBBS ACT ROBBERY - ARMORED CARRIER

Date specimens received: November 7, 2000

Specimens:

| | |
|---|---|
| Q24-Q25 | Two (2) bullets (1B31, 1B32), recovered from vehicle |
| Q26 | Bullet (1B3), recovered from ATM |
| Q27-Q32 | Six (6) cartridge cases (1B9), from revolver |
| Q33 | Cartridge case (1B3), from ATM |
| Q34-Q36 | Three (3) shotshell cases (1B33), from vehicle |
| Q37-Q51 | Fifteen (15) shot pellets (1B5), from ATM area |
| Q52-Q55 | Four (4) shot pellets (1B7), from ATM area |
| Q56 | Shot pellet (1B27), from victim |

Page 1 of 2

This Report is Furnished for Official Use Only

| | |
|---|---|
| Q57-Q59 | Three (3) shotshell wad remnants (1B5) from ATM area |
| Q60-Q67 | Eight (8) cartridges (1B13), recovered with weapon |
| Q68-Q70 | Three (3) shotshells (1B14), recovered with weapon |
| K1 | .38 Special caliber Smith & Wesson revolver, Model 64, Serial Number BHJ6910 |
| K2 | 9mm Makarov pistol, unknown German manufacturer, Model Makarov, Serial Number F8539, with magazine |
| K3 | 12-Gauge Mossberg shotgun, Model 500A, Serial Number L825206 |

The results of the firearms examinations are included in this report. The results of other examinations, including shot pattern distance determinations, will be the subject of future reports.

**FBI LABORATORY**

## FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

## Report of Examination

| | |
|---|---|
| Examiner Name: Douglas P. Murphy | Date: December 12, 2000 |
| Unit: Firearms / Toolmarks | Phone No.: 202 324-4383 |
| Case ID No: 192C-MM-96243 | Lab No.: 001107013 KG |

Results of Examinations:

Specimens Q24 and Q25 are .38 caliber hollow-point bullets which were identified as having been fired from the barrel of the K1 revolver.

Specimen Q26 is a .38 caliber (which includes 9mm Makarov) full metal jacket bullet which was identified as having been fired from the barrel of the K2 pistol.

Specimens Q27 through Q32 are .38 Special caliber cartridge cases bearing the headstamp of Speer and were identified as having been fired in the K1 revolver.

Specimen Q33 is a 9mm Makarov cartridge case bearing the headstamp of Norinco (China) and was identified as having been fired in the K2 pistol.

Specimens Q34 through Q36 are 12-gauge shotshell cases bearing the headstamp of Winchester and information indicating they were loaded with #2 (0.15 inch diameter) steel shot pellets. All three were identified as having been fired in the K3 shotgun.

Specimens Q37 through Q56 are steel shot pellets that are approximately 0.15 inches in diameter (#2 shot).

Specimens Q57 through Q59 are remnants of shotshell wadding that are physically consistent with those used in Winchester 12-gauge shotshells loaded with steel shot.

Specimens Q60 through Q67 are .380 Auto caliber cartridges that are consistent in design with those produced by Magsafe.

Specimens Q68 through Q70 are 12-gauge shotshells bearing the headstamp of Winchester and information indicating they are loaded with #2 (0.15 inch diameter) steel shot pellets. All three were identified as having been loaded into and extracted from the K3 shotgun.

The K1 through K3 firearms functioned normally when tested in the Laboratory.

FTU - Page 1 of 1

This Report is Furnished for Official Use Only

**FEDERAL BUREAU OF INVESTIGATION**
WASHINGTON, D. C. 20535

To: SAC, Miami

Date: December 8, 2000

Case ID No: 192C-MM-96243 -43
Lab No. 001107009 IK RT

Reference: Communication dated November 3, 2000

Your No: 192C-MM-96243 (P)

Title: JERMAINE WILLIAMS;
LOWEN ESPINUEVA;
BRINKS@ CITIBANK,
2789 UNIVERSITY DRIVE
CORAL SPRINGS, FL;
10-20-2000;
HOBBS ACT-ARMORED CARRIER;

Date specimens received: November 7, 2000

Specimens:

ITEMS FROM GETAWAY VEHICLE

Q1-Q2   Two (2) hats (Items #9 and #11)
Q3      Bandana (Item #8)
Q4      Section of carpet (Item #7)
Q5      Door handle (Item #10)
Q6      Piece of headliner (Item #13)
Q7      Piece of driver's side door material (Item #12)

Page 1 of 2

### ITEMS FROM GETAWAY VEHICLE RECOVERY SCENE

Q8-Q18    Eleven (11) debris packets (Items #2 - #4)

### ITEM FROM TRANSPORT VEHICLE

Q19    Section of seat (Item #5)

Q19.1    Ruler (Not listed)

### ITEM FROM HOSPITAL

Q20    Washcloth (Item #6)

### ITEM FROM CRIME SCENE

Q21    Swab (Item #1)

### ITEM FROM SUSPECT'S VEHICLE

Q22    Swab (Item #15)

### ADDITIONAL ITEM

Q23    Debris (Item #14)

        The results of the trace evidence examinations are contained in this report.

        Other Laboratory examinations are continuing and you will be subsequently advised of their results and of the disposition of the submitted items.

Douglas P. Murphy
FBI Laboratory
Washington, D.C.

| | |
|---|---|
| PRESENT ASSIGNMENT: | Physical Scientist<br>Firearms-Toolmarks Unit<br>since December 1997 |
| PAST ASSIGNMENT: | Physical Science Technician<br>Firearms-Toolmarks Unit<br>February 1996 - December 1997 |
| EDUCATION: | Bachelor of Science Degree<br>in Physics from Eastern Illinois<br>University in Charleston, Illinois<br>August 1994 |
| TRAINING: | Qualified as a firearms and<br>toolmarks examiner in June, 1999<br><br>Conducted hundreds of examinations<br>during extensive training and since<br>qualification<br><br>Instructor at FBI Techniques in<br>Firearms Identification School and<br>Bullet Trajectory Reconstruction<br>School<br><br>Toured U.S. and foreign tool,<br>firearms and ammunition<br>manufacturing plants |