UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

       DEFENDANTS.
_____/

GOVERNMENT'S SIXTH SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing Discovery Order issued in this case file this sixth Supplemental Response which is alphabetized and numbered to correspond to that original order and states as follows:

        A 6. See attached report dated January 29, 2001 of firearm examination and shot pattern examination of the 12 guage Mossberg shotgun model 500A Serial number L825206 that was recovered in this case.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

                        By: _____
                            Thomas P. Lanigan
                            ASSISTANT UNITED STATES ATTORNEY

                    CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 2nd day of February ,2001 to: Darryl Wilcox, Assistant Federal Public Defender 111 NE 3rd Ave Fort Lauderdale, FL and Barry Wax, Esq. 201 S. Biscayne Blvd. Miami, FL 33131

                          _____
                          Thomas P. Lanigan
                      ASSISTANT UNITED STATES ATTORNEY

cc: S/A Eric Miller, FBI



Feb 02 01 03:45p    c2                  3057876203         p.3
cr-06312-WPD    Document 42    Entered on FLSD Docket 02/07/2001    F

7-1a (Rev. 5-18-99)



FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D. C. 20535

# Report of Examination

| | | | |
|---|---|---|---|
| Examiner Name: | Douglas P. Murphy (dpm) | Date: | January 29, 2001 |
| Unit: | Firearms / Toolmarks | Phone No.: | 202 324-4383 |
| Case ID No.: | 192C-MM-96243 | Lab No.: | 001107013 KG |
| | | | 001215006 KG |

Results of Examinations:

Examination of the Q71 and Q72 shirts detected the presence of a pattern of holes in the back / right shoulder area that is consistent with the passage of shot. This pattern was compared to test patterns produced by firing ammunition like that submitted in this case in the K3 shotgun at targets placed at various distances. If the pattern of holes in the Q71 and Q72 shirts was produced by shot pellets fired from the K3 shotgun, their density and distribution indicate that the muzzle of the shotgun was greater than five feet but less than fifteen feet from the shirts.

A single hole was detected in the lower portion of the back of each shirt. Due to the absence of a shot pattern or gunshot residue, no conclusions could be reached about these two holes.

FTU - Page 1 of 1

This Report is Furnished for Official Use Only

7-l (Rev. 5-13-99)

**FBI**
**LABORATORY**
FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D. C. 20535

To: SAC, Miami
Attn: SA Erik C. Miller
Squad C-1

Date: January 29, 2001

Case ID No.: 192C-MM-96243

Lab No.: 001107013 KG
001215006 KG

Reference: Communications dated November 1, 2000 and December 11, 2000

Your No.:

Title: JERMAINE WILLIAMS;
LOWEN ESPINUEVA;
BRINKS @ CITIBANK,
2789 UNIVERSITY DRIVE,
CORAL SPRINGS, FLORIDA;
10/20/2000;
HOBBS ACT ROBBERY - ARMORED CARRIER

Date specimens received:

Specimen submitted under communication dated November 1, 2000 (Laboratory Number 001107013):

K3    12-Gauge Mossberg shotgun, Model 500A, Serial Number L825206

Specimens submitted under communication dated December 15, 2000 (Laboratory Number 001215006):

Q71-Q72    Two (2) shirts (1B26) from victims

The results of the shot pattern examinations are contained in this report. This report supplements FBI Laboratory Report [001107013 KG] dated December 12, 2000. The elemental analysis examinations are continuing and will be the subject of a separate report. The submitted specimens will be returned under separate cover by Federal Express.

Page 1 of 1

This Report is Furnished for Official Use Only