UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

      DEFENDANTS.
_____/

GOVERNMENT'S SEVENTH SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing Discovery Order issued in this case file this seventh Supplemental Response which is alphabetized and numbered to correspond to that original order and states as follows:

        A 6. See attached report dated February 9, 2001 of fingerprint examination of various items recovered in this case compared with the known fingerprint standards of JERMAINE WILLIAMS and LOWEN ESPINUEVA.

                            Respectfully submitted,

                            GUY A. LEWIS
                            UNITED STATES ATTORNEY

                 By: _____
                      Thomas P. Lanigan
                      ASSISTANT UNITED STATES ATTORNEY

                      CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 16th day of February ,2001 to: Darryl Wilcox, Assistant Federal Public Defender 111 NE 3rd Ave Fort Lauderdale, FL and Barry Wax, Esq. 201 S. Biscayne Blvd. Miami, FL 33131

                       _____
                       Thomas P. Lanigan
               ASSISTANT UNITED STATES ATTORNEY

cc: S/A Eric Miller, FBI



7-1a (Rev. 5-18-99)



FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D. C. 20535

## Report of Examination

| | | | |
|---|---|---|---|
| Examiner Name: | Timothy Alan Trozzi | Date: | February 9, 2001 |
| Unit: | Latent Print | Phone No.: | (202) 324-9082 |
| Case ID No.: | 192C-MM-96243 | Lab No.: | 001107014 FB |

Results of Examinations:

The specimens, Q71 through Q76, one screwdriver, one bottle, two envelopes, one parking citation and a torn piece of paper were examined for latent prints and seven latent fingerprints of value were developed on Q73, Q74 and Q75. No latent prints of value were developed on the remaining specimens.

Five latent fingerprints developed on two paper specimens have been identified as fingerprints of JERMAINE CLAYTON WILLIAMS, FBI #745336HB0, as follows:

> Two on Q73, a Presto deposit envelope bearing handprinting
>   and diagram
> Three on Q75, a parking citation from City of Lauderdale Lakes,
>   Florida

The remaining latent fingerprints are not the fingerprints of WILLIAMS or LOWEN ESPINUEVA, FBI #473918PB3.

Inked prints of WILLIAMS, recorded in connection with this case, should be submitted to the Latent Print Unit with correspondence referenced to Laboratory Number 001107014 FB. These prints will be used for comparison purposes and any latent print testimony you may desire in this matter.

7-1 (Rev. 5-13-99)

**FBI LABORATORY**

## FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

To: SAC, Miami
Squad C-1

Date: February 9, 2001

Case ID No.: 192C-MM-96243 -$\varsigma$?
Lab No.: 001107014 FB

Reference: Communication dated November 01, 2000

Your No.:

Title: JERMAINE WILLIAMS,
LOWEN ESPINUEVA;
BRINKS @ CITIBANK,
2789 UNIVERSITY DRIVE,
CORAL SPRINGS, FLORIDA;
10/20/2000;
HOBBS ACT ROBBERY - ARMORED CARRIER

Date specimens received: November 07, 2000

Specimens:

| | |
|---|---|
| Q71 | One black handled Phillips screwdriver |
| Q72 | One bottle of Simple Green cleaning solution |
| Q73-Q74 | Two Presto deposit envelopes bearing handprinting and diagrams |
| Q75 | One parking citation from the City of Lauderdale Lakes, Florida |
| Q76 | One torn piece of paper bearing handprinting "27th COURt" |
| K6 | Fingerprints and palm prints of JERMAINE CLINTON WILLIAMS, FBI #745336HB0 |
| K7 | Fingerprints and palm prints of LOWEN ESPINUEVA, FBI #473918PB3 |

Page 1 of 2

This Report is Furnished for Official Use Only

This report confirms and supplements information furnished telephonically on February 7, 2001.

The result of the latent print examination is included in this report.

The specimens are being returned under separate cover.