UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

    DEFENDANTS.
_____/

GOVERNMENT'S EIGHTH SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing Discovery Order issued in this case file this eighth Supplemental Response which is alphabetized and numbered to correspond to that original order and states as follows:

        A 6. See attached report dated March 1, 2001 of the compositional steel shot analysis conducted on the shot gun pellets and the shotgun shells found at the crime scene and the get away vehicle. Also attached is the curriculum vitae of Charles A., Peters, FBI Lab examiner who conducted the examinations.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

                By: _____
                    Thomas P. Lanigan
                    ASSISTANT UNITED STATES ATTORNEY

                        CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 12th day of March ,2001 to: Darryl Wilcox, Assistant Federal Public Defender 111 NE 3rd Ave Fort Lauderdale, FL and Barry Wax, Esq. 201 S. Biscayne Blvd. Miami, FL 33131

                    _____
                      Thomas P. Lanigan
                  ASSISTANT UNITED STATES ATTORNEY

cc: S/A Eric Miller, FBI

7-1 (Rev. 5-15-99)

# FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

To: SAC, Miami
Attn: SA Erik C. Miller
Squad C-1

Date: March 1, 2001

Case ID No.: 192C-MM-96243 - 5 5

Lab No.: 001107013 KG GK

Reference: Communication dated November 1, 2000

Your No.:

Title: JERMAINE WILLIAMS;
LOWEN ESPINUEVA;
BRINKS @ CITIBANK;
2789 UNIVERSITY DRIVE,
CORAL SPRINGS, FLORIDA;
10/20/2000;
HOBBS ACT ROBBERY - ARMORED CARRIER

Date specimens received: November 7, 2000

Specimens:

This report supplements FBI Laboratory report 001107013 KG dated December 12, 2000. Refer to that report for a complete listing of the submitted specimens.

The results of the Compositional Steel Shot Analysis are contained in this report.

Page 1 of 1

This Report is Furnished for Official Use Only

*7-1a (Rev. 5-18-99)

# FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

## Report of Examination

| | | | |
|---|---|---|---|
| Examiner Name: | Charles A. Peters  *C a Peters* | Date: | March 1, 2001 |
| Unit: | Materials Analysis | Phone No.: | 202-324-4395 |
| Case ID No.: | 192C-MM-96243 | Lab No.: | 001107013 KG GK |

Results of Examinations:

A sampling of the Q37 through Q56 steel shot pellets (Q37-Q53, Q56) and a sampling of steel shot pellets loaded in a sampling of the Q68 through Q70 shotshells (Q68, Q69) were instrumentally analyzed to determine their elemental composition using Inductively Coupled Plasma-Atomic Emission Spectroscopy (ICP-AES).

The Q37 through Q53 steel shot pellets from the ATM area and the Q56 steel shot pellet from the victim are consistent with coming from the same source of steel shot pellets as the steel shot pellets loaded in the Q68 and Q69 shotshells recovered from the shotgun.

MAU - Page 1 of 1

This Report is Furnished for Official Use Only



**Charles A. Peters**
**FBI Laboratory**
**935 Pennsylvania Avenue NW**
**Washington D.C. 20535**

| | |
|---|---|
| POSITION: | Physical Scientist (Forensic Examiner)<br>Group Leader - Elemental Analysis Group<br>Materials Analysis Unit<br>Scientific Analysis Section<br>FBI Laboratory |
| EDUCATION: | Bachelor of Science Degree in Chemistry, 1974<br>  Marian College, Indianapolis, Indiana<br>Graduate studies in Chemistry, 1975<br>  Xavier University, Cincinnati, Ohio |
| EXPERIENCE: | Employed by FBI since June of 1975<br>-2 ½ years experience in Terrorism Unit<br>-one year experience in the Firearms and Toolmark Unit<br>-remaining experience in the Materials Analysis Unit/Elemental Analysis Group |

PROFESSIONAL ORGANIZATIONS:

   American Chemical Society (ACS)
   American Society of Crime Laboratory
     Directors/Laboratory Accreditation Board
     Inspector (ASCLD/LAB)

PUBLICATIONS: **COMPARATIVE BULLET LEAD ANALYSIS:**

C.A. Peters, D.G. Havekost and R.D. Koons, **Multielement Analysis of Bullet Lead by Inductively Coupled Plasma-Atomic Emission Spectrometry**, Crime Laboratory Digest 15(2), 33-38 (1988).

C.A. Peters, S.R. Peele, D.G. Havekost, J.P. Riley, R.C. Halberstam and R.D. Koons, **Comparison of Bullets Using the Elemental Composition of the Lead Component**, Proceedings of the International Symposium on the Forensic Aspects of Trace Evidence, Washington D.C., U.S. Government Printing Office 57-68 (1991).

C.A. Peters and R.D. Koons, **Multielement Analysis of Bullet Lead by ICP-AES**, In Proceedings of the 1988 Winter Conference on Plasma Spectroscopy, San Diego, California

**GUNSHOT PRIMER RESIDUES:**

C.A. Peters, D.G. Havekost and R.D. Koons, **Analysis of Gunshot Primer Residue Collection Swabs Using Flameless Atomic Absorption Spectrophotometry: A Reexamination of Extraction and Instrument Procedures**, Journal of Forensic Sciences 32(4), 846-865 (1987).

C.A. Peters, D.G. Havekost and R.D. Koons, **Determination of Barium in Gunshot Residue Collection Swabs Using Inductively Coupled Plasma-Atomic Emission Spectrometry**, Journal of Forensic Sciences 33(1), 35-41 (1988).

Page 1 of 2

Charles A. Peters cont.

C.A. Peters, D.G. Havekost and R.D. Koons, *Analysis of Gunshot Primer Residue Collection Swabs Using Flameless Atomic Absorption Spectrophotometry and Inductively Coupled Plasma-Atomic Emission Spectrometry: Effects of Modified Extraction Procedure and Storage of Standards*, Journal of Forensic Sciences, 34(1), 218-221 (1989).

C.A. Peters, D.G. Havekost and R. D. Koons, *Barium and Antimony Distributions on the Hands of Nonshooters*, Journal of Forensic Sciences, 35(5) (1990).

**GLASS ANALYSIS:**

C.A. Peters, R.D. Koons and P.S. Rebbert, *Comparison of Refractive Index, Energy Dispersive X-Ray Fluorescence and Inductively Coupled Plasma-Atomic Emission Spectrometry for Forensic Characterization of Sheet Glass Fragments*, Journal of Analytical Spectrometry, 6(6): 451-456 (1991).

C.A. Peters and P. S. Rebbert, *Trace Elemental Analysis of Glass Fragments by Inductively Coupled Plasma-Atomic Emission Spectroscopy with Ultrasonic Nebulization*, In Proceedings of the International Symposium on the Forensic Aspects of Trace Evidence, Washington, DC: US Government Printing Office (1991).

**ARSENIC IN HAIR:**

C.A. Peters and R.D. Koons, *Arsenic Distribution in Hairs*, Journal of Analytical Toxicology, 18(1) (1994)

**ALUMINUM FOIL ANALYSIS:**

C.A. Peters, R.D. Koons and R. A. Merrill, *Forensic Comparison of Household Aluminum Foils Using Elemental Composition by Inductively Coupled Plasma-Atomic Emission Spectrometry*, Journal of Forensic Sciences 38(2) (1993).