```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO: 00-6312-CR-ROETTGER
UNITED STATES OF AMERICA
```



v

JERMAINE C. WILLIAMS &
LOWEN ESPINUEVA

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for MONDAY MAY 14, 2001 at 10:00 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

              TRIAL

---

            CLARENCE MADDOX, CLERK

DATED: 5/02/01

           BY: *P. Hart*

              Deputy Clerk