UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v

JERMAINE C. WILLIAMS &
LOWEN ESPINUEVA

NOTICE



_____/

TAKE NOTICE That a proceeding in this case has been set for MONDAY JUNE 4, 2001 at 10:30 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

   CALENDAR CALL FOR TRIAL PERIOD BEGINNING TUESDAY JUNE 5, 2001. COUNSEL TO NOTIFY THE COURT IF A DEFENDANT IS TO ENTER A PLEA.

CLARENCE MADDOX, CLERK

DATED: 5/10/01

BY: _P. Hart_

Deputy Clerk