UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

       DEFENDANTS.
_____/

NIGHT BOX FILED
MAY 2 4 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

GOVERNMENT'S TENTH SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing Discovery Order issued in this case file this tenth Supplemental Response which is alphabetized and numbered to correspond to that original order and states as follows:

        A 6. See attached report of mitochondrial DNA comparison dated May 14, 2001 and *curriculum vitae* of Alice R. Isenberg. Also attached is the nuclear DNA comparison dated May 21, 2001 and *curriculum vitae* of Brendan F. Shea. Also attached is the transcript and result of computerized voice stress analyzer of Lowen Espinueva conducted October 23, 2000. Also attached is the crime scene diagram and testimony qualification sheet of James Charles Brennan, the artist who drew the crime scene diagram.

                             Respectfully submitted,

                             GUY A. LEWIS
                             UNITED STATES ATTORNEY

              By: _____
                   Thomas P. Lanigan
                   ASSISTANT UNITED STATES ATTORNEY

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 24th day of May ,2001 to: Darryl Wilcox, Assistant Federal Public Defender 111 NE 3rd Ave Fort Lauderdale, FL and Barry Wax, Esq, 201 S. Biscayne Blvd. Miami, FL 33131

Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY

cc: S/A Eric Miller, FBI