|                              |                                                          |
|------------------------------|----------------------------------------------------------|
| UNITED STATES OF AMERICA,    | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF FLORIDA** |
| Plaintiff,                   | Case No.: 00-6312-CR-ROETTGER                            |
| v.                           |                                                          |
| JERMAINE WILLIAMS<br>LOWEN ESPINUEVA, | **ORDER**                                       |
| _____Defendant._____ /     |                                                          |



FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court on motion of Defendants for a continuance of the trial for this cause.

After consideration of the motion, arguments of counsel, and the record in this cause, the Court concludes that the ends of justice are served by the granting of a continuance, and that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant(s) in a speedy trial as required by 18 U.S.C. §3161(h)(8)(A).

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's motion to continue is hereby **GRANTED** and this case is continued until this cause can be reasonably set for trial. The entire period of delay until jury selection shall be excludable time.

It is **FURTHER ORDERED AND ADJUDGED** that the parties shall continue to comply with the Court's Pretrial Order regarding the mandates of the Speedy Trial Act, 18 U.S.C. §3161, et seq.

It is **FURTHER ORDERED AND ADJUDGED** that counsel are to inform the Court immediately of the resolution of any scheduling conflicts which have necessitated, caused or contributed to the continuance of the trial for this cause. Counsel risks the



imposition of sanctions for failure to do so.

The Court will re-schedule the case at its next available convenience

**DONE AND ORDERED** this 24 day of May, 2001.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record