FILED BY _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA

v.

JERMAINE C. WILLIAMS and
LOWEN ESPINUEVA,

    DEFENDANTS.
_____/

GOVERNMENT'S TWELFTH SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

    The United States of America, in response to the Standing Discovery Order issued in this case file this Twelfth Supplemental Response which is alphabetized and numbered to correspond to that original order and states as follows:

    A 6.  See attached North Broward Medical Center medical records for Frank Granja and Eshman Ruiz.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

        By: _____
            Thomas P. Lanigan
            ASSISTANT UNITED STATES ATTORNEY



CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 16th day of July, 2001 to: Darryl Wilcox, Assistant Federal Public Defender 111 NE 3rd Ave Fort Lauderdale, FL and Barry Wax, Esq. 201 S. Biscayne Blvd. Miami, FL 33131.

Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY

cc: S/A Eric Miller, FBI