UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

JERMAINE C. WILLIAMS, et al., :

    Defendants.  :

FILED by _____ D.C.

AUG - 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**O R D E R**

THIS CAUSE is before the Court on defendant **Jermaine C. Williams'** Motion to Compel Production of Relevant Material and Information Concerning DNA Analysis (DE 55), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED as moot, based on the Government's response.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1st day of August, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Tom Lanigan (FTL)
AFPD Darryl Wilcox (FTL)
Barry Wax, Esq.