-cr-06312-WPD  Document 62  Entered on FLSD Docket 08/29/2001  P

```
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA

                            CASE NO: 00-6312-CR-ROETTGER
UNITED STATES OF AMERICA
```



FILED by _____ D.C.

AUG 23 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

```
v

JERMAINE C. WILLIAMS, ET AL

                                         NOTICE

_____/
```

TAKE NOTICE That a proceeding in this case has been set for MONDAY JANUARY 14, 2002 at 10:00 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

    SPECIAL SET TRIAL( NO CONTINUANCE WILL BE GRANTED. PLEASE READ TRIAL INSTRUCTIONS THAT ARE ATTACHED)

---

               CLARENCE MADDOX, CLERK

DATED: 8/23/01

               BY: _____
                    Deputy Clerk

