TL:mf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.   00-6312-CR-Roettger

UNITED STATES OF AMERICA    )
                            )
        Plaintiff,          )
                            )
v.                          )
                            )
JERMAINE WILLIAMS           )
                            )
        Defendant.          )
_____)

FILED by _____ D.C.

JAN 11 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

GOVERNMENT'S MOTION TO BRING
ELECTRONIC EQUIPMENT INTO COURTROOM

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that this Court authorize the undersigned to bring in an ELMO projector into the courtroom for use at trial in this cause. Among the items of evidence which the government may offer at these proceedings are a large number of documents and photograph. In order to facilitate the publication of those items to the jury, the government wishes to utilize the ELMO system. This will necessitate the installation of several video monitors in the courtroom.



A proposed Order of the Court in this regard is attached hereto, along with an authorization letter to permit employees of the United States Attorney's Office and/or the Federal Bureau of Investigation to enter the courtroom while court is not in session in order to effect the installation of equipment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
THOMAS LANIGAN
Assistant U.S. Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
(954) 356-7255/356-7336 - fax
Court No. A550033

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was transmitted this _11_ day of January, 2002 to:

Darryl Wilcox, Assistant Federal Public Defender
SouthTrust Bank Building, Suite 1100
1 East Broward Blvd, Fort Lauderdale, FL 33301

_____
THOMAS LANIGAN
ASSISTANT UNITED STATES ATTORNEY

2