FILED by _____ D.C.

JAN 1 5 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6312-CR- NCR   Date: 14 Jan 2002

Courtroom Clerk: C Piessman   Court Reporter: J Reeves

Probation Officer: _____   Interpreter: _____

Plaintiff(s): USA   Counsel: Lanigan

Defendant(s): Williams   Counsel: Wilcox

Reason For Hearing: Pre-Trial Motions

Result of Hearing/Judgment: Motion to Suppress Statements made in Custody - Granted; Motion to Suppress Diagram - Denied; Motion in Limine to exclude prior criminal conduct - Granted.

Misc.: _____

75