AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

FILED by _____ D.C.
JAN 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Southern DISTRICT OF Florida

USA
v.
Jermaine Williams et.al.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6312-CR-WCR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Roettger | Lanigan | Wilcox |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 14 Jan 2002 | J. Reeves | C Pressman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 34 | | 14 Jan 2002 | X | X | Miranda Warning Signed by ∆ |
| | W-1 | 14 Jan 2002 | | | ~~ATF~~ Pamphlet |
| 1u | | 14 Jan 2002 | X | X | Transcript |
| 35 | | 14 Jan 2002 | X | X | Consent to Search Vehicle |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.