HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.
JAN 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6312-CR-NCR    Date: 1/15/02
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Lanigan

Defendant(s): J. Williams (J)    Counsel: D. Wilcox

Reason For Hearing: Trial / Plea Cts 1+2 +3

Result of Hearing/Judgment: D plead & adj. as guilty. PSI ordered. Sent. set March 29 at 10:00 A.M.

Misc.: _____