UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JERMAINE WILLIAMS,

        Defendant.

_____/

NIGHT BOX
FILED

JAN 22 2002

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## GOVERNMENT'S NOTICE OF EXTENSIVE SENTENCING HEARING

Comes now the United States of America by and through the undersigned Assistant United States Attorney and files this notice of extensive hearing in compliance with Administrative Order 95-02 and in support thereof states as follows:

1. This defendant is scheduled for sentencing on March 29, 2002 at 10:30 a.m.

2. Esham Ruiz and Frank Granja, the victim Brinks guards, have indicated that they wish to address the court at sentencing. Both guards suffered extensive physical and psychological injuries in the attempted robbery.

3. Additionally, the government intends to present the expert forensic testimony of FBI Firearms Examiner Douglas Murphy. This testimony is necessary because defendant Williams stated at the plea that he "didn't recall if he shot the guards."

4. Doctor Leonard Alonso, the treating phychiatrist for both of the victim guards will be testifying as to the psychological impact of their injuries.

5. Due to the anticipated extensive testimony of the above mentioned witnesses it is



anticipated that this sentencing will exceed the standard time normally allowed for sentencing. The government respectfully requests that this Honorable Court consider allocating one and a half hours for this sentencing.

WHEREFORE, based on the above, the government respectfully requests that this court schedule the appropriate amount of time for the sentencing hearing in this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Court # A550033
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL. 33394
Telephone (954) 356-7255
Fax (954)356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 22nd day of January, 2002 to: Darryl Wilcox, AFPD, 1 E. Broward Blvd., Suite 1100, Ft. Lauderdale, FL. 33301.

                                                    THOMAS P. LANIGAN
                                                    ASSISTANT UNITED STATES ATTORNEY