```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO: 00-6312-CR-ROETTGER
UNITED STATES OF AMERICA
```

```
v

JERMAINE WILLIAMS
                                                     NOTICE


_____/


     TAKE NOTICE That a proceeding in this case has been set for

WEDNESDAY APRIL 3,2002 at 10:00 A.M. at the U.S. District

Courthouse, 299 East Broward Blvd. Courtroom 109, Ft. Lauderdale,

Florida.
_____
TYPE OF PROCEEDING:

               SENTENCING ( CHANGED FROM 3/29/02 )
_____


                         CLARENCE MADDOX, CLERK

DATED: 3/13/02
                       BY: _____P. Hart_____
                              Deputy Clerk
```