FILED by _____ D.C.

APR 5

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

COURT MINUTES

Case No.: 00-6312-CR-NCR   Date: 4/3/02
Courtroom Clerk: S. Hart   Court Reporter: Zuries
Probation Officer: present   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Hanigan

Defendant(s): P. Williams (J)   Counsel: D. Wilcox

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No fine, Cts 1+2 - 80 mos to run concur. w/each other, Ct 3 120 months concur w/Cts 1+2, assessed $300 00, S.R. 3 yr joint & several rest. to victim, if deported not to re-enter U.S. & S.R. is non-reporting. Surrender to CNS, part. in substance

Misc.: Abuse program, recom - Miami or close to South Fl., search & seizure