UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6312-CR-ROETTGER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JERMAINE C. WILLIAMS,

        Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Jermaine C. Williams, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 16th day of April, 2002.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        Federal Public Defender

By: _____
        Daryl E. Wilcox
        Assistant Federal Public Defender
        Florida Bar No. 838845
        One East Broward Boulevard, Suite 1100
        Fort Lauderdale, Florida 33301-1100
        Telephone: (954) 356-7436

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by U.S. mail this 18th day of April, 2002, upon Anne R. Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida 33132.

_____

KMW99.1

