```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
vs.                        )
                           )
JERMAINE WILLIAMS,         )    CASE NUMBER:
                           )    00-6312-CR-NCR
                           )
          Defendant.       )
                           )


     Transcript of change of plea proceedings before the

Honorable Norman C. Roettger, United States District Judge, at

Fort Lauderdale, Florida, on the 15th day of January, 2002.



APPEARANCES OF COUNSEL:

   For the United States:        THOMAS P. LANIGAN, AUSA
                                 Fort Lauderdale, Florida

   For the Defendant:            DARYL WILCOX, AFPD
                                 Fort Lauderdale, Florida


   Court Reporter:               Jerald J. Reeves, RPR

   Proceedings recorded by mechanical stenography.

   Transcription produced by computer.




             OFFICIAL REPORTER UNITED STATES DISTRICT COURT
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**