```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
vs.                        )
                           )
JERMAINE C. WILLIAMS,      )   CASE NUMBER:
                           )   00-6312-CR-NCR
                           )
          Defendant.       )
                           )


     Transcript of sentencing proceedings before the
Honorable Norman C. Roettger, United States District Judge, at
Fort Lauderdale, Florida, on the 3rd day of April, 2002.



APPEARANCES OF COUNSEL:

   For the United States:      THOMAS P. LANIGAN, AUSA
                               Fort Lauderdale, Florida

   For the Defendant:          DARYL WILCOX, AFPD
                               Fort Lauderdale, Florida


   Court Reporter:             Jerald J. Reeves, RPR

   Proceedings recorded by mechanical stenography.

   Transcription produced by computer.
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE