**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #02-12234-C        Date: June 13, 2002
U.S. Court of Appeals - Eleventh Circuit   USDC # 00-6312-CR-NCR
56 Forsyth St., N.W.                       USCA # 02-12234-C
Atlanta, GA  30303

IN RE: USA v. Jermaine C. Williams
```

===================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

```
     1  Volume of Pleadings
     3  Volumes of Transcripts

  X  Exhibits:

     1  PSI (sealed)
```

                                                    Sincerely,

                                Clarence Maddox, Court Administrator/Clerk


                                        By: _____
                                                            Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
     Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                     LSS      CLOSED
                                                     APPEAL
                          U.S. District Court
                 Southern District of Florida (FtLauderdale)

                 CRIMINAL DOCKET FOR CASE #: 00-CR-6312-ALL
```

USA v. Williams                                           Filed: 11/02/00

Other Dkt # 0:00-m -04244

Case Assigned to: Judge Norman C. Roettger, Jr.

| | |
|---|---|
| JERMAINE C. WILLIAMS (1) <br> aka <br> Jermaine Williams <br>     defendant <br>  [term 04/16/02] | Public Defender <br>  [term 04/16/02] <br> FTS 356-7556 <br> [COR LD NTC pda] <br> Daryl Elliott Wilcox <br>  [term 04/16/02] <br> FTS 356-7556 <br> [COR LD NTC pda] <br> Federal Public Defender's Office <br> 1 E Broward Boulevard <br> Suite 1100 <br> Fort Lauderdale, FL 33301 <br> 954-356-7436 |

| Pending Counts: | Disposition |
|---|---|
| 18:1951.F INTERFERENCE W COMMERCE BY THREAT/VIO <br> (1) | Imprisoned for a term of 200 months. Supervised Release for a term of 3 years. Total Assessment of $300.00 and Total Restitution of $404,080.29 <br> (1) |
| 18:1951.F INTERFERENCE W COMMERCE BY THREAT/VIO <br> (2) | Imprisoned for a term of 200 months. Supervised Release for a term of 3 years. Total Assessment of $300.00 and Total Restitution of $404,080.29 <br> (2) |
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN <br> (3) | Imprisoned for a term of 200 months. Supervised Release for a term of 3 years. Total Assessment of $300.00 and Total Restitution of $404,080.29 <br> (3) |

Docket as of June 12, 2002 12:35 pm                       Page 1

[Certification stamp: Certified to be a true and correct copy of the document on file, Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida, By Dominique /s/ Deputy, Date 6-13-02]

Proceedings include all events.                                              LSS
0:00cr6312-ALL USA v. Williams                                         CLOSED APPEAL

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints                                      Disposition

18:371, 1951 Conspired to
obstruct commerce by
violence-shot 2 Brinks guards
while delivering money to
Citibank.
[ 0:00-m -4244 ]


==========================

Case Assigned to:  Judge Norman C. Roettger, Jr.

LOWEN ESPINEUVA (2)                  Barry Michael Wax
   defendant                          [term   03/19/02]
[term   03/19/02]                    FTS 576-7255
                                     [COR LD NTC cja]
                                     Schwartz & Wax
                                     3050 Biscayne Boulevard
                                     Suite 901
                                     Miami, FL 33137
                                     305-573-9573


Pending Counts:                              Disposition

18:1951.F INTERFERENCE W             Imprisonment 200 months: 80
COMMERCE BY THREAT/VIO               months as to counts I and II;
(1)                                  120 months consecutive as to
                                     count III; Supervised Release
                                     36 months; Assessment $300.00;
                                     Restitution $404,080.29
                                     (1)

18:1951.F INTERFERENCE W             Imprisonment 200 months: 80
COMMERCE BY THREAT/VIO               months as to counts I and II;
(2)                                  120 months consecutive as to
                                     count III; Supervised Release
                                     36 months; Assessment $300.00;
                                     Restitution $404,080.29
                                     (2)

Proceedings include all events.
0:00cr6312-ALL USA v. Williams

LSS
CLOSED APPEAL

| | |
|---|---|
| 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN (3) | Imprisonment 200 months: 80 months as to counts I and II; 120 months consecutive as to count III; Supervised Release 36 months; Assessment $300.00; Restitution $404,080.29 (3) |

Offense Level (opening): 4

Terminated Counts:

   NONE

| Complaints | Disposition |
|---|---|
| 18:371, 1951 Conspired to obstruct commerce by violence-shot 2 Brinks guards while delivering money to Citibank.<br>[ 0:00-m -4244 ] | |

```
Proceedings include all events.                                   LSS
0:00cr6312-ALL USA v. Williams                           CLOSED APPEAL

JERMAINE C. WILLIAMS, also known as Jermaine Williams

                defendant


=========================

LOWEN ESPINEUVA

                defendant


=========================

USA

                plaintiff


U. S. Attorneys:

   Thomas Lanigan
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7255

   PTS Officer
   954-769-5600
   [COR LD NTC]
   Pretrial Services Office
   299 E Broward Boulevard
   Suite 301
   Fort Lauderdale, FL 33301
   954-769-5600

   Probation Officer
   FTS 769-5566
   954-769-5500
   [COR LD NTC]
   United States Probation Office
   299 E Broward Boulevard
   Room 409
   Fort Lauderdale, FL 33301-1865
   954-769-5500
```

```
Proceedings include all events.                                          LSS
0:00cr6312-ALL USA v. Williams                                  CLOSED APPEAL

10/21/00 --        ARREST of Jermaine Williams, Lowen Espineuva
                   [ 0:00-m -4244 ] (dd) [Entry date 10/23/00]

10/23/00  1        COMPLAINT as to Jermaine Williams, Lowen Espineuva
                   [ 0:00-m -4244 ] (dd) [Entry date 10/23/00]

10/23/00  2        ORDER on Initial Appearance as to Lowen Espineuva Bond set
                   to PTD Requested Report re counsel set for 11:00 10/26/00 ;
                   arraignment set 11/2/00, Detention hearing set for 10:00
                   10/30/00 before Magistrate Barry S. Seltzer, ,  ( Signed
                   by Magistrate Barry S. Seltzer on 10/23/00) Tape # 00-079
                   CCAP
                   [ 0:00-m -4244 ] (dd) [Entry date 10/23/00]
                   [Edit date 10/23/00]

10/23/00  3        ORDER on Initial Appearance as to Jermaine Williams Bond
                   set to PTD Requested for Appointment of Public Defender
                   Arraignment set for 11:00 11/2/00 Detention hearing set for
                   10:00 10/30/00 before Magistrate Barry S. Seltzer, ,  (
                   Signed by Magistrate Barry S. Seltzer on 10/23/00) Tape #
                   00-079 CCAP
                   [ 0:00-m -4244 ] (dd) [Entry date 10/23/00]

10/23/00  4        Minutes of Initial Appearance held on 10/23/00  before
                   Magistrate Barry S. Seltzer as to Jermaine Williams ;
                   Defendant advised of charges, FPD appointed, PTD set
                   10/30/00 at 10:00am and arraignment 11/2/00. Court Reporter
                   Name or Tape #: 00-079
                   [ 0:00-m -4244 ] (dd) [Entry date 10/23/00]

10/23/00  5        Minutes of Initial Appearance held on 10/23/00  before
                   Magistrate Barry S. Seltzer as to Lowen Espineuva ;
                   Defendant advised of charges, IRC set 10/26/00, arraignment
                   11/2/00 and PTD 10/30/00. Court Reporter Name or Tape #:
                   00-079
                   [ 0:00-m -4244 ] (dd) [Entry date 10/23/00]

10/24/00  6        DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                   Jermaine Williams
                   [ 0:00-m -4244 ] (dd) [Entry date 10/27/00]

10/24/00  7        NOTICE of Assignment of Assistant Public Defender for
                   Jermaine Williams . Terminated attorney Public Defender for
                   Jermaine Williams AFPD Daryl Elliott Wilcox assigned.
                   [ 0:00-m -4244 ] (dd) [Entry date 10/27/00]

10/26/00  8        Minutes of Inquiry re counsel held on 10/26/00  before
                   Magistrate Barry S. Seltzer as to Lowen Espineuva ;  Atty.
                   Barry Wax CJA appointed. Court Reporter Name or Tape #:
                   00-083
                   [ 0:00-m -4244 ] (dd) [Entry date 10/27/00]
```

```
Proceedings include all events.                                    LSS
0:00cr6312-ALL USA v. Williams                              CLOSED APPEAL

10/30/00   9     Minutes of PTD Hearing held on 10/30/00  before Magistrate
                 Barry S. Seltzer as to Jermaine Williams ; PTD ordered.
                 Court Reporter Name or Tape #: 00-086/087
                 [ 0:00-m -4244 ] (dd) [Entry date 10/30/00]

10/30/00   10    Minutes of PTD Hearing held on 10/30/00  before Magistrate
                 Barry S. Seltzer as to Lowen Espineuva ; PTD Ordered. Court
                 Reporter Name or Tape #: 00-086/087
                 [ 0:00-m -4244 ] (dd) [Entry date 10/30/00]

10/30/00   --    Bond hearing as to Jermaine Williams, Lowen Espineuva  held
                 10/30/00. PTD Ordered.
                 [ 0:00-m -4244 ] (dd) [Entry date 10/30/00]

10/31/00   11    CJA 20 as to Lowen Espineuva : Appointment of Attorney
                 Barry Michael Wax ( Signed by Magistrate Barry S. Seltzer
                 on 10/26/00)
                 [ 0:00-m -4244 ] (dd) [Entry date 10/31/00]

10/31/00   12    ORDER OF DETENTION as to Jermaine Williams ( Signed by
                 Magistrate Barry S. Seltzer on 10/31/00)  CCAP
                 [ 0:00-m -4244 ] (dd) [Entry date 10/31/00]

10/31/00   13    ORDER OF DETENTION as to Lowen Espineuva ( Signed by
                 Magistrate Barry S. Seltzer on 10/31/00)  CCAP
                 [ 0:00-m -4244 ] (dd) [Entry date 10/31/00]

11/2/00    14    INDICTMENT as to Jermaine C. Williams (1) count(s) 1, 2, 3,
                 Lowen Espineuva (2) count(s) 1, 2, 3 (Criminal Category 1)
                 (pb) [Entry date 11/02/00]

11/2/00    --    Magistrate identification:  Magistrate Judge Lurana S. Snow
                 (pb) [Entry date 11/02/00]

11/2/00    15    Minutes of Arraignment held on 11/2/00  before Magistrate
                 Barry S. Seltzer as to Lowen Espineuva ;  Set status
                 conference for 11/17/00 at 11:00 a.m.  before Magistrate
                 Judge Lurana S. Snow Court Reporter Name or Tape #:
                 00-089(1525-1590) (aj) [Entry date 11/03/00]

11/2/00    16    ARRAIGNMENT INFORMATION SHEET for Lowen Espineuva (2)
                 count(s) 1, 2, 3   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (aj) [Entry date 11/03/00]

11/2/00    17    Minutes of Arraignment held on 11/17/00  before Magistrate
                 Barry S. Seltzer as to Jermaine C. Williams ;  Set status
                 conference for 11/17/00 at 11:00 before Magistrate Judge
                 Lurana S. Snow Court Reporter Name or Tape #: 00-089 (1525
                 - 1590) (aj) [Entry date 11/03/00]

11/2/00    18    ARRAIGNMENT INFORMATION SHEET for Jermaine C. Williams (1)
                 count(s) 1, 2, 3   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (aj) [Entry date 11/03/00]
```

```
Proceedings include all events.                                    LSS
0:00cr6312-ALL USA v. Williams                              CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 11/3/00 | 19 | STANDING DISCOVERY ORDER as to Jermaine C. Williams, Lowen Espineuva all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry S. Seltzer on 11/2/00) CCAP (aj) [Entry date 11/06/00] |
| 11/3/00 | 20 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Jermaine C. Williams, Lowen Espineuva Status conference set for 11:00 11/17/00 for Jermaine C. Williams, and Lowen Espineuva before Magistrate Judge Lurana S. Snow ( Signed by Magistrate Barry S. Seltzer on 11/2/00) CCAP [EOD Date: 11/6/00] CCAP (aj) [Entry date 11/06/00] |
| 11/13/00 | 21 | MOTION by USA as to Jermaine C. Williams For Court Order directing Defendant to provide Hair Samples and Blood Samples (aj) [Entry date 11/13/00] |
| 11/13/00 | 22 | RESPONSE to Standing Discovery Order by USA as to Jermaine C. Williams, Lowen Espineuva (aj) [Entry date 11/13/00] |
| 11/17/00 | 23 | Minutes of Status Conference held on 11/17/00 before Magistrate Judge Lurana S. Snow as to Jermaine C. Williams; Court Reporter Name or Tape #: 00-059 @ 2114 (ss) [Entry date 11/20/00] |
| 11/17/00 | -- | Status conference as to Jermaine C. Williams held (ss) [Entry date 11/20/00] |
| 11/17/00 | 24 | STATUS REPORT ORDER as to Jermaine C. Williams, Lowen Espineuva. (Signed by Magistrate Judge Lurana S. Snow on 11/17/00) CCAP [EOD Date: 11/20/00] CCAP (ss) [Entry date 11/20/00] |
| 11/21/00 | 25 | FIRST SUPPLEMENTAL by USA as to Jermaine C. Williams, Lowen Espineuva to: [22-1] order response (ss) [Entry date 11/22/00] |
| 11/21/00 | 26 | SECOND SUPPLEMENTAL by USA as to Jermaine C. Williams, Lowen Espineuva to: [22-1] order response (ss) [Entry date 11/22/00] |
| 11/30/00 | 27 | ORDER as to Jermaine C. Williams granting [21-1] motion For Court Order directing Defendant to provide Hair Samples and Blood Samples as to Jermaine C. Williams (1) (Signed by Magistrate Judge Lurana S. Snow on 11/30/00) CCAP [EOD 12/4/00] CCAP (mh) [Entry date 12/04/00] |
| 12/1/00 | 28 | NOTICE OF ALIBI by Lowen Espineuva (mh) [Entry date 12/04/00] |
| 12/4/00 | 29 | TRANSCRIPT filed as to Jermaine C. Williams, Lowen Espineuva of Pretrial Detention Hearing held 10/30/00 before Judge Barry S. Seltzer Volume #1 Pages 1-70 (mh) [Entry date 12/06/00] |

Proceedings include all events.                                                LSS
0:00cr6312-ALL USA v. Williams                                         CLOSED APPEAL

| Date | No. | Description |
|---|---|---|
| 12/14/00 | 30 | RESPONSE to Standing Discovery Order by USA as to Jermaine C. Williams, Lowen Espineuva (pb) [Entry date 12/21/00] |
| 12/20/00 | 31 | MOTION by Lowen Espineuva to extend time to file motions (dp) [Entry date 12/21/00] |
| 12/21/00 | 32 | MOTION by Jermaine C. Williams to extend time to file motions (dp) [Entry date 12/22/00] |
| 12/21/00 | 33 | ORDER as to Lowen Espineuva granting [31-1] motion to extend time to file motions as to Lowen Espineuva (2) ( Signed by Magistrate Judge Lurana S. Snow on 12/21/00) CCAP [EOD Date: 12/22/00] CCAP (dp) [Entry date 12/22/00] |
| 12/22/00 | 34 | FOURTH SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Jermaine C. Williams, Lowen Espineuva (dp) [Entry date 12/26/00] |
| 1/4/01 | 35 | ORDER as to Jermaine C. Williams granting in part [32-1] motion to extend time to file motions as to Jermaine C. Williams (1); Defendant shall have until 1/17/01, within which to file pretrial motions Signed by Magistrate Judge Lurana S. Snow on 1/4/01) CCAP [EOD Date: 1/5/01] CCAP (aj) [Entry date 01/05/01] |
| 1/10/01 | 36 | MOTION by Jermaine C. Williams to suppress In Custody Statements & Request for Hearing (aj) [Entry date 01/10/01] |
| 1/19/01 | 37 | NOTICE of Hearing as to Jermaine C. Williams, Lowen Espineuva : set calendar call for 2/20/01 for Jermaine C. Williams and Lowen Espineuva before Judge Norman C. Roettger Jr. (aj) [Entry date 01/23/01] |
| 1/23/01 | 38 | MOTION by Jermaine C. Williams in limine to Exclude Hearsay Statements of Co-Defendant (aj) [Entry date 01/24/01] |
| 1/24/01 | 39 | FIFTH SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Jermaine C. Williams, Lowen Espineuva (aj) [Entry date 01/24/01] |
| 2/1/01 | 40 | NOTICE of Unavailabilty by Lowen Espineuva as to Lowen Espineuva for dates of: 3/12/01 through 4/13/01, 6/11/01 through 6/22/01 and 7/2/01 through 8/31/01 (mh) [Entry date 02/02/01] |
| 2/1/01 | 41 | JOINT MOTION by USA and Lowen Espineuva to continue trial date (mh) [Entry date 02/02/01] |
| 2/5/01 | 42 | SIXTH SUPPLEMENT by USA as to Jermaine C. Williams, Lowen Espineuva to: [22-1] order response (ss) [Entry date 02/07/01] |

```
Proceedings include all events.                                         LSS
0:00cr6312-ALL USA v. Williams                                  CLOSED APPEAL
```

| | | |
|---|---|---|
| 2/9/01 | 43 | CJA 24 as to Lowen Espineuva  Authorization to Pay  Amount: $ 51.75 for Transcript   Voucher # FLST2000725 ( Signed by Judge Norman C. Roettger Jr. on 1/17/01) CCAP [EOD Date: 2/14/01] (aj) [Entry date 02/14/01] |
| 2/20/01 | 44 | SEVENTH SUPPLEMENT by USA as to Jermaine C. Williams, Lowen Espineuva to: [22-1] order response (ss) [Entry date 02/21/01] |
| 3/13/01 | 45 | EIGHTH SUPPLEMENT by USA as to Jermaine C. Williams, Lowen Espineuva to: [22-1] order response (ss) [Entry date 03/14/01] |
| 3/22/01 | 46 | NINTH RESPONSE to Standing Discovery Order by USA as to Jermaine C. Williams, Lowen Espineuva (mh) [Entry date 03/23/01] |
| 5/2/01 | 47 | NOTICE of Hearing as to Jermaine C. Williams, Lowen Espineuva :  set Jury trial for 10:00 5/14/01 for Jermaine C. Williams, for Lowen Espineuva  before Judge Norman C. Roettger Jr. (dp) [Entry date 05/04/01] |
| 5/3/01 | 48 | UNOPPOSED MOTION by USA  as to Jermaine C. Williams, Lowen Espineuva to continue trial (dp) [Entry date 05/04/01] |
| 5/4/01 | 49 | JOINT MOTION by Lowen Espineuva to continue Trial Date (aj) [Entry date 05/08/01] |
| 5/10/01 | 50 | NOTICE of Hearing as to Jermaine C. Williams, Lowen Espineuva :  set calendar call for 10:30 6/4/01 for Jermaine C. Williams and Lowen Espineuva  before Judge Norman C. Roettger Jr.; Trial period beginning Tues., June 5, 2001 (aj) [Entry date 05/11/01] |
| 5/23/01 | 51 | UNOPPOSED MOTION by Jermaine C. Williams for continuance of trial (ss) [Entry date 05/24/01] |
| 5/24/01 | 52 | TENTH SUPPLEMENT by USA as to Jermaine C. Williams, Lowen Espineuva to: [22-1] order response (ss) [Entry date 05/25/01] |
| 5/24/01 | 53 | ORDER as to Jermaine C. Williams, Lowen Espineuva granting [51-1] motion for continuance of trial as to Jermaine C. Williams (1), granting [49-1] motion to continue trial date as to Lowen Espineuva (2) to Continue in Interest of Justice (Signed by Judge Norman C. Roettger Jr. on 5/24/01) CCAP [EOD Date: 5/29/01] CCAP (ss) [Entry date 05/29/01] |
| 5/29/01 | 54 | UNOPPOSED MOTION by USA as to Jermaine C. Williams, Lowen Espineuva to continue trial (mh) [Entry date 05/31/01] |
| 5/29/01 | 55 | MOTION by Jermaine C. Williams to compel production of relevant material and information concerning DNA analysis |

```
Proceedings include all events.                                         LSS
0:00cr6312-ALL USA v. Williams                                   CLOSED APPEAL

               (mh) [Entry date 05/31/01]

6/1/01    56   NOTICE of Unavailabilty by Lowen Espineuva as to Lowen
               Espineuva for dates of: 7/2/01 - 8/31/01 (mh)
               [Entry date 06/04/01]

6/8/01    57   RESPONSE by USA as to Jermaine C. Williams re [55-1] motion
               to compel production of relevant material and information
               concerning DNA analysis (ss) [Entry date 06/12/01]

6/29/01   58   ELEVENTH SUPPLEMENTAL RESPONSE to Standing Discovery Order
               by USA as to Jermaine C. Williams, Lowen Espineuva (mh)
               [Entry date 07/03/01]

7/17/01   59   TWELFTH SUPPLEMENT by USA as to Jermaine C. Williams, Lowen
               Espineuva to: [22-1] order response (ss)
               [Entry date 07/18/01]

8/1/01    60   ORDER as to Jermaine C. Williams denying [55-1] motion to
               compel production of relevant material and information
               concerning DNA analysis as to Jermaine C. Williams (1) (
               Signed by Magistrate Judge Lurana S. Snow on 8/1/01) [EOD
               Date: 8/2/01] CCAP (aj) [Entry date 08/02/01]

8/6/01    61   MOTION in Limine by Jermaine C. Williams to Exclude
               Evidence Relating to Defendant's Arrest for aggravated
               assault (aj) [Entry date 08/07/01]

8/23/01   62   NOTICE of Hearing as to Jermaine C. Williams, Lowen
               Espineuva: Special Set trial for 10:00 1/14/02 for
               Jermaine C. Williams, for Lowen Espineuva before Judge
               Norman C. Roettger Jr. (ss) [Entry date 08/29/01]

8/24/01   63   REVISED ORDER RE: Trial Instructions as to Jermaine C.
               Williams, Lowen Espineuva (Signed by Judge Norman C.
               Roettger Jr. on 8/24/01) [EOD Date: 8/29/01] CCAP (ss)
               [Entry date 08/29/01]

11/28/01  64   MOTION by Lowen Espineuva in limine evidence of
               computerized voice stress analysis test (ss)
               [Entry date 11/29/01]

11/28/01  65   MOTION by Lowen Espineuva in limine to exclude 404(b)
               evidence (ss) [Entry date 11/29/01]

1/4/02    66   Minutes of Plea held on 1/4/02 before Judge Norman C.
               Roettger Jr. as to Lowen Espineuva; GUILTY: Lowen
               Espineuva (2) count(s) 1, 2, 3; Sentence 3/15/02 at 1:30;
               Court Reporter Name or Tape #: Reeves (ss)
               [Entry date 01/07/02]

1/4/02    --   Change of Plea Hearing as to Lowen Espineuva held (ss)
               [Entry date 01/07/02]
```

Proceedings include all events.                                          LSS
0:00cr6312-ALL USA v. Williams                                   CLOSED APPEAL

| | | |
|---|---|---|
| 1/4/02 | 67 | Plea Agreement as to Lowen Espineuva (ss) [Entry date 01/07/02] |
| 1/4/02 | 68 | NOTICE of Hearing as to Lowen Espineuva: Setting Sentencing for 1:30 3/15/02 for Lowen Espineuva before Judge Norman C. Roettger Jr. (ss) [Entry date 01/07/02] |
| 1/10/02 | 69 | MOTION by Jermaine C. Williams to suppress alleged diagram of crime scene found in defendant's vehicle due to invalid consent to search and request for hearing (lh) [Entry date 01/11/02] |
| 1/11/02 | 70 | MOTION by USA as to Jermaine C. Williams to bring electronic equipment into the courtroom (ss) [Entry date 01/14/02] |
| 1/11/02 | 71 | MOTION by Jermaine C. Williams in limine to exclude evidence relating to alleged participation in unrelated robberies (ss) [Entry date 01/14/02] |
| 1/11/02 | 72 | RESPONSE by USA as to Jermaine C. Williams in opposition to [69-1] motion to suppress alleged diagram of crime scene found in defendant's vehicle due to invalid consent to search (ss) [Entry date 01/14/02] |
| 1/11/02 | 73 | RESPONSE by USA as to Jermaine C. Williams in opposition to [36-1] motion to suppress statements (ss) [Entry date 01/14/02] |
| 1/11/02 | 74 | RESPONSE by USA as to Jermaine C. Williams in opposition to [71-1] motion in limine to exclude evidence relating to arrest for aggravated assault and alleged participation in unrelated robberies (ss) [Entry date 01/14/02] |
| 1/15/02 | 75 | Minutes of pre-trial motions held on 1/14/02 before Judge Norman C. Roettger Jr. as to Jermaine C. Williams ; Court Reporter Name or Tape #: Jerry Reeves (dp) [Entry date 01/15/02] |
| 1/15/02 | 76 | Hearing Exhibit and Witness List by Jermaine C. Williams, USA (dp) [Entry date 01/15/02] |
| 1/15/02 | 77 | Minutes of change of plea held on 1/15/02 before Judge Norman C. Roettger Jr. as to Jermaine C. Williams ; GUILTY: Jermaine C. Williams (1) count(s) 1, 2, 3 Court Reporter Name or Tape #: Jerry Reeves (dp) [Entry date 01/15/02] |
| 1/15/02 | -- | Change of Plea Hearing as to Jermaine C. Williams held (dp) [Entry date 01/15/02] |
| 1/15/02 | 78 | Plea Agreement as to Jermaine C. Williams (dp) [Entry date 01/15/02] |

```
Proceedings include all events.                                    LSS
0:00cr6312-ALL USA v. Williams                             CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 1/15/02 | 79 | NOTICE of Hearing as to Jermaine C. Williams : set Sentencing for 10:00 3/29/02 for Jermaine C. Williams before Judge Norman C. Roettger Jr. (dp) [Entry date 01/15/02] |
| 1/22/02 | 80 | NOTICE of extensive sentencing hearing by USA as to Jermaine C. Williams (ss) [Entry date 01/23/02] |
| 2/26/02 | 81 | NOTICE of Change of Address of Attorney by Lowen Espineuva (lh) [Entry date 02/27/02] |
| 3/8/02 | 82 | OBJECTION by Jermaine C. Williams to Presentence Investigation Report (dp) [Entry date 03/11/02] |
| 3/13/02 | 83 | NOTICE of Hearing as to Jermaine C. Williams: Resetting Sentencing for 10:00 4/3/02 for Jermaine C. Williams before Judge Norman C. Roettger Jr. (ss) [Entry date 03/14/02] |
| 3/15/02 | -- | Sentencing held before Judge Norman C. Roettger Jr. Lowen Espineuva (2) count(s) 1, 2, 3 (ss) [Entry date 03/20/02] |
| 3/18/02 | 84 | Minutes of sentencing held on 3/15/02 before Judge Norman C. Roettger Jr. as to Lowen Espineuva ; Court Reporter Name or Tape #: Reeves (dp) [Entry date 03/19/02] |
| 3/19/02 | 85 | JUDGMENT as to Lowen Espineuva (2) count(s) 1, 2, 3. Imprisonment 200 months: 80 months as to counts I and II; 120 months consecutive as to count III; Supervised Release 36 months; Assessment $300.00; Restitution $404,080.29 (Signed by Judge Norman C. Roettger Jr. on 3/18/02) [EOD Date: 3/20/02] CCAP (ss) [Entry date 03/20/02] |
| 4/3/02 | 86 | Minutes of sentencing held on 4/3/02 before Judge Norman C. Roettger Jr. as to Jermaine C. Williams ; Court Reporter Name or Tape #: Reeves (lh) [Entry date 04/05/02] |
| 4/3/02 | -- | Sentencing held Jermaine C. Williams (1) count(s) 1, 2, 3 (lh) [Entry date 04/17/02] |
| 4/16/02 | 87 | JUDGMENT as to Jermaine C. Williams (1) count(s) 1, 2 , 3 . Imprisoned for a term of 200 months. Supervised Release for a term of 3 years. Total Assessment of $300.00 and Total Restitution of $404,080.29 ( Signed by Judge Norman C. Roettger Jr. on 4/16/02) [EOD Date: 4/17/02] CCAP (lh) [Entry date 04/17/02] |
| 4/18/02 | 88 | NOTICE OF APPEAL by Jermaine C. Williams re: [87-1] judgment order EOD Date: 4/17/02; Jermaine C. Williams (1) count(s) 1, 2, 3; Filing Fee: $ NO FEE REQUIRED - FPD. Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 04/18/02] |

```
Proceedings include all events.                                        LSS
0:00cr6312-ALL USA v. Williams                              CLOSED APPEAL
```

| Date | Doc# | Entry |
|---|---|---|
| 4/18/02 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Jermaine C. Williams [88-1] appeal (gf) [Entry date 04/18/02] |
| 4/26/02 | 89 | TRANSCRIPT INFORMATION FORM as to Jermaine C. Williams re: [88-1] appeal received on 4/30/02 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 04/30/02] |
| 4/29/02 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 4/29/02 as to Jermaine C. Williams Re: [88-1] appeal USCA Number: 02-12234-C (dl) [Entry date 04/30/02] |
| 6/3/02 | 90 | TRANSCRIPT filed as to Jermaine C. Williams of Change of Plea Proceedings held 1/15/02 before Judge Norman C. Roettger, Jr. Volume #: 1 Pages: 1-24 re: [88-1] appeal . Appeal record due on 6/18/02 for Jermaine C. Williams (gf) [Entry date 06/03/02] |
| 6/3/02 | 91 | TRANSCRIPT filed as to Jermaine C. Williams of Sentencing Proceedings held 4/3/02 before Judge Norman C. Roettger, Jr. Volume #: 1 Pages: 1-36 re: [88-1] appeal . Appeal record due on 6/18/02 for Jermaine C. Williams (gf) [Entry date 06/03/02] |
| 6/12/02 | 92 | Certificate of readiness transmitted to USCA as to Jermaine C. Williams re: [88-1] appeal by Jermaine C. Williams USCA # 02-12234-C (dl) [Entry date 06/12/02] |