USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case                                                                Page 2 of 6

DEFENDANT: JERMANIE C. WILLIAMS
CASE NUMBER: 00-6312-CR-ROETTGER-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **200 Months**.

The Court recommends to the Bureau of Prisons:

Miami or South Florida area

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on 6-11-02 to BOP FCI Miami

at Miami, FL _____, with a certified copy of this judgment.

                                              & Ed Gonzalez, Warden
                                              ~~UNITED STATES MARSHAL~~

                             By: Tina Nolan, LtE
                                   ~~Deputy U.S. Marshal~~

94