UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　CASE NO. 00-6312-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

JERMAINE C. WILLIAMS,

　　　　Defendant.

_____/

FILED by _____ D.

OCT 21 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING RE-SENTENCING

THIS CAUSE having been heard upon the Mandate of the Eleventh Circuit Court of

Appeals, the Court sets a re-sentencing hearing for December 4, 2003 at 10:15 A.M.. The

Government shall secure whatever writs or orders are necessary to secure Defendant's presence

at this hearing.

　　　　DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of October, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Darryl Wilcox, AFPD
Thomas Lanigan, AUSA
U.S. Marshals