UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case Number:00-6312-CR-ROETTGER |
| | ) | |
| vs | ) | |
| JERMAINE C. WILIAMS | ) | |

CLERK'S NOTICE OF REASSIGNMENT

The above referenced case, which was initially assigned to the Honorable Norman C. Roettger, Jr. Pursuant to a Mandate from the 11th Circuit Court of Appeals remanding case for re-sentencing.
.

ORDER that the above styled cause be and the same hereby is randomly reassigned to the calendar of the Honorable Judge WILLIAM P.DIMITROULEAS for all further proceedings, and
That the magistrate assignment is change to BARRY S. SELTZER , who is paired with the assignee District Court Judge pursuant to Administrative Order 2002-2, 2002-12 and 2002-58.
.

That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows:

**00-6312-CR-DIMITROULEAS/SELTZER**

DONE and ORDERED at Fort Lauderdale, Florida this 21st day of October , 2003

CLARENCE MADDOX
Clerk of Court

By: _/s/_
Deputy Clerk

cc: Honorable Judge William P. Dimitrouleas
    Magistrate Judge Barry S. Seltzer
    Daryl Wilcox , Esq. FPD
    Thomas Lanigan AUSA.