# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6312-CR-    DATE: 12/4/03

COURTROOM CLERK: ~~Karen A. Carlton~~ Trey Walker    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: none

UNITED STATES OF AMERICA   VS: Jermaine C. Williams

U.S. ATTORNEY: Thomas Lanigan   DEFT. COUNSEL: Daryl Wilcox, FPD

REASON FOR HEARING: Re-Sentencing

RESULT OF HEARING:

B.O.P: 65 months cts 1&2  120 months ct 3
SR: 3 years as to cts 1, 2 and 3.
Fine: none
AST: $300.00
Restitution: $404,080.29

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: See J&C for details.

