UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JERMAINE C. WILLIAMS,   CASE NO. 07-60372-CIV-DIMITROULEAS
                                    (00-6312-CR-DIMITROULEAS)

  Movant,

vs.

UNITED STATES OF AMERICA,

  Respondent.
  _____/



## ORDER

_____THIS CAUSE is before the Court on Movant's (Williams) March 12, 2007 Motion to Vacate [DE-1], the Court defers ruling for ten (10) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of March, 2007.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jermaine C. Williams, #55514-004
F.C.I. - Miami
P.O. Box 779800
Miami, Florida 33177

Thomas Lanigan, AUSA
Anne B. Schultz, AUSA