UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JERMAINE C. WILLIAMS,                    CASE NO. 07-60372-CIV-DIMITROULEAS
                                                      (00-6312-CR-DIMITROULEAS)
    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

THIS CAUSE is before the Court on Petitioner's June 25, 2008 letter [DE-19]. On June 19, 2008, this Court dismissed Petitioner's claim as frivolous. [DE-18]. On July 1, 2008, the Clerk sent Petitioner a copy of the docket sheet. No further action is appropriate.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of July, 2008.

                                    WILLIAM P. DIMITROULEAS
                                    United States District Judge

Copies furnished to:

Jermaine Williams, #55514-004
c/o FCI Yazoo City
PO Box 5888
Yazoo City, MS 39194-5888

Thomas Lanigan, AUSA